# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TAMIKA NICOLE MCKAY,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **9TH STREET RESTAURANTS, INC.,** *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 10-1591 (RMC) |

## ORDER

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice until <u>March 21, 2011</u>. If settlement is not consummated before March 21, 2011, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with prejudice*.

**SO ORDERED.**

Date:  January 13, 2011                              /s/
ROSEMARY M. COLLYER
United States District Judge